IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ANDREW PAUL,<br>JOHN D. ELLIS JR.,<br>JAMES S. QUAY,<br>  a/k/a "STEPHEN JAMESON," and<br>DONALD H. ELLISON<br><br>Defendants | Civil Action No. 2:16-cv-01326 |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff, the Securities and Exchange Commission ("Commission"), hereby requests the Clerk to enter a default against Defendant Joseph Andrew Paul ("Paul") because, as set forth in the attached Declaration of Mark R. Sylvester, which is fully incorporated herein, Paul has failed to respond to the Complaint. After entry of default, the Commission intends to file a motion for default judgment, and supporting papers, under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Dated: August 7, 2017             Respectfully Submitted,

                                                   /s/ Mark R. Sylvester
                                                  Mark R. Sylvester
                                                  Counsel for Plaintiff
                                                  SECURITIES AND EXCHANGE COMMISSION
                                                  One Penn Center
                                                  1617 JFK Blvd, Suite 520
                                                  Philadelphia, PA  19103
                                                  (215) 597-3100

**CERTIFICATE OF SERVICE**

I hereby certify, this 7th day of August, 2017, that I caused to be served a true and correct copy of Plaintiff Securities and Exchange Commission's Request for Entry of Default, and accompanying Declaration of Mark R. Sylvester in support thereof, through the Court's electronic filing system and by first-class mail upon the following parties:

Joseph Andrew Paul
1 Franklin Town Blvd.
Apt. 1906
Philadelphia, PA 19103

John D. Ellis, Jr.
241 Queen Street
Philadelphia, PA 19147

James S. Quay
5610 Glenridge Drive, Apt. B25
Atlanta, GA 30342

Jon-Jorge Aras, Esq.
Spadea Lignana LLC
The Philadelphia Building
1315 Walnut Street, Suite 1532
Philadelphia, PA 19107
**Counsel for Defendant Donald H. Ellison**

/s/ Mark R. Sylvester
Mark R. Sylvester